BRYAN SCHRODER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS EDWARD RUDD,<br><br>　　　　　　Defendant. | No. 3:20-cr-00098-TMB-MMS<br><br>COUNT 1:<br>MONEY LAUNDERING CONSPIRACY<br>　Vio. of 18 U.S.C. § 1956(h)<br><br>COUNT 2-4:<br>LAUNDERING OF MONETARY INSTRUMENTS<br>　Vio. of 18 U.S.C. §§ 1956(a)(1)(A)(i), (a)(1)(B)(i)<br><br>COUNTS 5-6:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>　Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>CRIMINAL FORFEITURE ALLEGATION 1:<br>　18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(C)<br><br>CRIMINAL FORFEITURE ALLEGATION 2:<br>　21 U.S.C. § 853(a)(1), (2), and 28 U.S.C. § 2461(C) |

//

INDICTMENT

The Grand Jury charges that:

COUNT 1

Beginning on or about July 9, 2014, and continuing through December 23, 2015, within the District of Alaska and elsewhere, the defendant, DOUGLAS EDWARD RUDD, did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the grand jury to commit offenses against the United States in violation of 18 U.S.C. § 1956, to wit: (a) to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, the unlawful distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1), with the intent to promote the carrying on of the unlawful distribution of a controlled substance, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and (b) to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the unlawful distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

All of which is in violation of 18 U.S.C. § 1956(h).

//

Page 2 of 6
Case 3:20-cr-00098-TMB-MMS   Document 2   Filed 10/23/20   Page 2 of 6

COUNTS 2-4

On or about the dates set forth below, within the District of Alaska and elsewhere, the defendant, DOUGLAS EDWARD RUDD, did knowingly engage in financial transactions, affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the unlawful distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1), with the intent to promote the carrying on of that specified unlawful activity, and knowing each transaction was designed to conceal and disguise the nature, the location, the source, the ownership, and the control of proceeds of the specified unlawful activity, and that while conducting each transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, with each financial transaction described below constituting a separate count of this Indictment:

| Count | Payee | Date | Financial Transaction |
|---|---|---|---|
| 2 | ANOP, Inc., DBA A-1 Distribution | Oct. 27, 2015 | Cash deposit of $1,250.00 into a Wells Fargo account ending in 9949 |
| 3 | Butler-Whayne Industries | Nov. 4, 2015 | Check No. 2230 in the amount of $6,191.23 drawn on Wild Thangz AlaskaUSA Federal Credit Union account ending in 9428 |
| 4 | Butler-Whayne Industries | Dec. 23, 2015 | Wire transfer of $6,000.00 from Wild Zone Inc.'s AlaskaUSA Federal Credit Union account ending in 3670 to Butler-Whayne Industries' JP Morgan Chase account ending in 2917 |

All of which is in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (a)(1)(B)(i).

COUNT 5

On or about October 16, 2019, within the District of Alaska, the defendant, DOUGLAS EDWARD RUDD, did knowingly and intentionally distribute a Schedule I controlled substance, to wit: a mixture and substance containing a detectable of amount of 4F-MDMB-Butinaca, also

known as 4F-MDMB-Binaca.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 6

On or about November 14, 2019, within the District of Alaska, the defendant, DOUGLAS EDWARD RUDD, did knowingly and intentionally distribute a Schedule I controlled substance, to wit: a mixture and substance containing a detectable of amount of 4F-MDMB-Butinaca, also known as 4F-MDMB-Binaca.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 1, 2, 3, and 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 1956 as set forth in Counts 1, 2, 3, and 4 of this Indictment, the defendant, DOUGLAS EDWARD RUDD, shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

1. $12,696.00 in U.S. Currency seized by the IRS-CI on April 29, 2020 from DOUGLAS EDWARD RUDD at 6927 South Hangar Talk Circle, Wasilla, AK 99623,

2. A 2007 BMW X3, VIN WBXPC93487WF28102, valued at $2,650.00, seized by the IRS-CI on May 21, 2020 from DOUGLAS EDWARD RUDD and Un Rudd at 4501 Elmore Road, Anchorage, AK 99501, and

3. $3,056.00 in U.S. Currency seized by the IRS-CI on May 21, 2020 from DOUGLAS EDWARD RUDD and Un Rudd at 4501 Elmore Road, Anchorage, AK 99501.

All pursuant to 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 5, 6, and 7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 21 U.S.C. § 841 as set forth in Counts 5, 6, and 7 of this indictment, the defendant, DOUGLAS EDWARD RUDD, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

1. $12,696.00 in U.S. Currency seized by the IRS-CI on April 29, 2020 from DOUGLAS EDWARD RUDD at 6927 South Hangar Talk Circle, Wasilla, AK 99623,

2. A 2007 BMW X3, VIN WBXPC93487WF28102, valued at $2,650.00, seized by the IRS-CI on May 21, 2020 from DOUGLAS EDWARD RUDD and Un Rudd at 4501 Elmore Road, Anchorage, AK 99501, and

3. $3,056.00 in U.S. Currency seized by the IRS-CI on May 21, 2020 from DOUGLAS EDWARD RUDD and Un Rudd at 4501 Elmore Road, Anchorage, AK 99501.

//
//
//
//
//

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

Date:     October 21, 2020