E. BRYAN WILSON
Acting United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS EDWARD RUDD <br><br> Defendant. | ) No. 3:20-cr-00098-TMB-MMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

COMES NOW the United States of America and hereby reports the following information:

1. The parties do not anticipate this case proceeding to trial on August 23, 2021. The parties are currently discussing a resolution to the case.

2. If this case were to proceed to trial, the parties anticipate that trial would last approximately five days.

3. There are no outstanding issues to be resolved before the start of trial.

4. This Court excluded all time between the defendant's arraignment and June 7, 2021 from the 70-day speedy trial clock pursuant to a series of Miscellaneous General Orders resulting from the ongoing COVID-19 pandemic. Additionally, this Court previously excluded all time through June 28, 2021 under the "ends of justice" provision of 18 U.S.C. § 3161(h)(7)(A), (7)(B)(iv). Dkt. 19. 22 days have elapsed between June 29 and this filing on July 20, leaving 48 days of speedy trial time remaining. By the Government's calculation, the 70-day period will therefore expire on September 6, 2021.

RESPECTFULLY SUBMITTED July 20, 2021 in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021
a true and correct copy of the foregoing was
served electronically on the following:

Allen N. Dayan
Benjamin R. Crittenden

s/ Christopher D. Schroeder
Office of the U.S. Attorney

*U.S. v. Douglas Edward Rudd*
3:20-cr-00098-TMB-MMS

2